IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TAIDEN KYRE GEE,

     Appellant,

v.

                                    Case No. 5D23-78
                                    LT Case No. 16-2020-CF-006382-AXXX

STATE OF FLORIDA,

     Appellee.
_____/

Decision filed March 28, 2023

Appeal from the Circuit Court
for Duval County,
Meredith Charbula, Judge.

Jessica J. Yearly, Public Defender,
and Megan L. Long, Assistant Public
Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and
Adam B. Wilson and Christina Day,
Assistant Attorneys General,
Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

EDWARDS, HARRIS and KILBANE, JJ., concur.